JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN MICROMARKETS, INC. dba MARKOTS,<br><br>    Defendant. | Case No. CV 15-7259 FMO (KSx)<br><br>**JUDGMENT** |

  IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of December, 2015.

                     /s/
                  Fernando M. Olguin
                United States District Judge